IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THE SCOULAR COMPANY, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV278 |
| vs. | ) | |
| | ) | ORDER |
| WILLIAM ERNEST HEIDELBERGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| THE SCOULAR COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CV291 |
| vs. | ) | |
| | ) | ORDER |
| DJCB FARM PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

Upon review of the court files,

**IT IS ORDERED** that the plaintiff's motion to withdraw the appearance of plaintiff's Arkansas counsel is granted. Attorneys Steven Shults and John Perkins are granted leave to withdraw as counsel for The Scoular Company (Scoular), and the court will stop notices to Messrs. Shults and Perkins in these cases. Scoular's Nebraska counsel shall send or transmit a copy of this order to to Messrs. Shults and Perkins.

**DATED August 26, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**