# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE SCOULAR COMPANY, | |
| Plaintiff, | Case No. 8:09cv278 |
| vs. | ORDER |
| WILLIAM ERNEST HEIDELBERGER and HENRY HERMAN HEIDELBERGER, | |
| Defendants. | |
| THE SCOULAR COMPANY, | Case No. 8:09cv291 |
| Plaintiff, | ORDER |
| vs. | |
| DJCB FARM PARTNERSHIP, | |
| Defendant. | |

Upon notice of settlement given to the magistrate judge by James Powers and Donald Knapp, counsel for the parties,

**IT IS ORDERED:**

1. On or before **June 4, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the cases;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The final conference set for August 2, 2010, is cancelled upon the representation that these cases are settled.

Dated this 4th day of May 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge